UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUSTIN CONSTANTINO RIVERA,<br>          Plaintiff,<br><br>                    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>          Defendant. | No.  1:14-CV-03062-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand. ECF No. 16. Based upon the stipulation of the parties, the above-captioned case shall be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to, the issues identified in the next paragraph.

On remand, the administrative law judge ("ALJ") will: (1) reevaluate Plaintiff's medically determinable mental impairments using the special technique described in 20 C.F.R. § 416.920a; (2) specifically address whether Plaintiff meets or equals Listing 12.05; (3) if warranted, obtain evidence from a medical expert; and (4) if warranted by the record, reassess the residual functional capacity and obtain supplemental evidence from a vocational expert.

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Remand, ECF No. 16, is **GRANTED**.
2. The hearing on the Motion for Summary Judgment, ECF No. 12, is **STRICKEN**. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **CLOSE** the file.

**DATED** this 29th day of December, 2014.

> _s/Robert H. Whaley_
> ROBERT H. WHALEY
> Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**